UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PATRICIA ADAMS; DORIS ALLEN; JIMMY      :
ALTMAN; LINDA ARTINO; JEANETTE          :
BARWICK; DORIS BASTAIN; DAWN            :
BILSKY; DOROTHY BLACKBURN; RENEE        :
CHESTNUT; RACHEL COX; IVY DAVIS;        :
MARY DIXON; MARY EVANS; JACKIE          :
FALLAW; BARBARA GLADIN; BILLY           :
GLENN; FAYE HARBIN; BETH HAWKINS;       :
LILLIE HOGG; MARIE HUBBURD,             :
                                        :
        Plaintiffs                      :    Civil Action
v.                                      :    No. 04-11088-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004                              Respectfully submitted,
      Boston, Massachusetts

                                    /s/Matthew J. Matule
                                    Matthew J. Matule (BBO #632075)
                                    SKADDEN, ARPS, SLATE,
Of Counsel:                                         MEAGHER & FLOM LLP
Barbara Wrubel                                    One Beacon Street
Katherine Armstrong                               Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                             (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                    Counsel for Defendant
                                      Boehringer Ingelheim Pharmaceuticals, Inc.