UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
PATRICIA ADAMS; DORIS ALLEN; JIMMY :
ALTMAN; LINDA ARTINO; JEANETTE
BARWICK; DORIS BASTAIN; DAWN :
BILSKY; DOROTHY BLACKBURN; RENEE
CHESTNUT; RACHEL COX; IVY DAVIS; :
MARY DIXON; MARY EVANS; JACKIE
FALLAW; BARBARA GLADIN; BILLY :
GLENN; FAYE HARBIN; BETH HAWKINS;
LILLIE HOGG; MARIE HUBBURD, :
:
    Plaintiffs, : Civil Action
v. : No. 04-11088-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC.,
:
    Defendants. :
---------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  August 27, 2004<br>      Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |